Your Honor,

With all reverence to your position and the justice system itself, I am truly unsure of how to go about writing this. I never in my entire life thought I would ever need to give a testimonial of the character that my father, Francis Biondo has. So, forgive me if I am out of line in my statements.

Of his character, in the interest of transparency, I can't say what he was like as a young man. He became a father early in life and struggled to adapt. What I do know, is that when I needed a man to guide me in the ways of life, he was there. He gallantly served his country with distinguished honor. An honor that he has continued to uphold as a civilian. He has instilled in me the value of integrity, duty, honor, courage and commitment. He stands in observation of the National Anthem during every football game on tv. He CONSTANTLY recites the flag code to me, I wasn't even allowed to buy US flag shorts because he considered it to be disrespectful.

I digress.  He is a charitable man that has opened his home to fellow veterans and new firearm owners as he hosts impromptu seminars regularly to demonstrate proper firearm cleaning and maintenance, as well as responsible firearm storage. In regard to firearms, it is something that he and I have bonded over, as we are two very different men, and I see how he and some of the other vets find it almost therapeutic to sit in his spare room and talk about what manufacturer makes the best rifle cases that can withstand any attempted tampering be it from a curious child to a home burglar. No different than the men at your local auto parts store arguing joyfully about Ford versus Chevy. He doesn't have money to give. All he has is time and knowledge, which he shares with anyone that is looking for guidance on the matter.

He volunteers to help his fellow veterans that have become immobile due to injuries in the line of duty. That is a privilege and an honor to him. An honor I don't share, as I was unable to serve due to a so-called "disability". As such, I cannot, and won't, pretend to understand what these men went through in service to their country, and I know it pains him to no end the thought that he in anyway disrespected the very flag and Constitution he swore to defend and values above all else.

As a younger man I had aggression and impulsivity issues that he worked tirelessly to help me control. This man, that I incredibly am trying to characterize in words, has never once acted out of malice, spite, or from provocation. This man was a distinguished member of the military. This man cleans feverishly, makes his bed every morning, rushes home just to take down his flag when the sky is overcast. At the local gun range, I've personally seen him respectfully offer words of encouragement and suggestion to others. I am sometimes surprised that he hasn't tattooed the rules of firearm safety on his arm, simply because of the almost clinical approach he has to being around them.

I am not sure if I'm going about this in the correct manner, as stated, I've never had to attest to his character in any fashion short of considering whether or not to buy a World's Greatest Dad mug on Father's Day. In summary, the reason why he is appearing before

you aside, he isn't a guerilla. He isn't a rebel. He isn't a misguided "freedom fighter". He's an American. He's a veteran, who helps other veterans the best way he can. By having them over to his home, sitting comfortably away in the company of others that can relate, and in that comfort, talking about something they all have in common. If they all got together in his living room on Sunday afternoon to talk about football, this wouldn't even be necessary.

To try and concisely create some summation of the integrity and character of a man who has devoted the last few decades of his life to helping others in what he considers his strongest field, is sorely vexing. He has no history of confrontation, violent or otherwise. He has never once demonstrated a propensity for aggression. His rigid cleaning and home maintenance has created an environment of structure and order in his life, and that includes responsible firearm control. I would trust my daughter to go into his home with absolute confidence and security in knowing two things: she is in absolutely no danger of a firearm related incident, and the second: that he would put her life before his own without hesitation as he would do for any stranger.

That is the kind of man he is. I only hope that these words, superfluous as they may be, can help shine a better light on the man that I am so proud to call my father.

Anthony Biondo