Honorable James E. Boasberg

This is a character statement for my dad Francis Biondo. I have always known my father to be a man of generosity, charity and honour. During the Covid-19 pandemic when he found himself with more financial stability and access, his first mission was to help provide for a homeless family, giving them furniture and an entire wardrobe of clothes. Seeing this was one of many actions that made me admire and see my dad as a good hearted, altruistic man. A couple years ago, on the way to visit me in my first apartment, he witnessed a man in a life or death crisis at a gas station, and gave him CPR until the paramedics arrived, thus saving his life.

He was there for me when I was at my lowest concerning my mental health. I would even go as far as to say he was the number one person preventing me from ending my life at my darkest. My entire life I have known and seen him to be a pillar of his community, a veteran with a heart of gold, watching people's houses, letting all the children mow his lawn for extra cash, being a safe place for women struggling with domestic violence. Charity is his second nature. Never have I met another person where the saying "he would give the shirt off his back" rang so true. He raised me to have a strong code of morals, valuing honesty and education above all else. He has done many rides for the patriot guard, honouring fallen soldiers by mourning with their families and raising money for the funeral. During his time of service he earned many medals due to his hard work, loyalty and accomplishments.

Though he is a tremendous honour to his country, he paid the price and now suffers from PTSD, as many veterans do. It is my honest belief that he would never willingly be a part of any demonstration such as the one displayed on January 6th, as I have always known him as a tried and true rule follower. Even going as far as to not let my older brother purchase swim trunks with the american flag as it disrespects flag code. In his mind, he was using his first amendment right to protest, and I believe was swept up into the chaos, as well as manipulated and exploited by a far right group at his deepest vulnerabilities as a veteran suffering from PTSD. In closing, all I have to say is that I could have never fathomed being in the position I am today having to defend his character when he is the most generous and upstanding patriot I have ever met. My dad is a hero and a light to me and his fellow Americans.

Sydney Biondo