The Honorable Court,

 Where do I begin? How does one try to characterize Francis G. Biondo to a complete stranger? I don't know you, you don't know him. Honestly, I don't know if anything I say can even make a difference. I am, however, being asked to characterize this human that I've known for my entire life.

 This defendant, as you know him, is my friend, my brother. The man who was ridiculed because of his stature in his school days. The young man that taught his little sister to write her name. The man that had endured the hardships of his family, even though he was struggling with his own. The man that saved his little sister from an almost certain death. That is his character.

 This man lives by a code, to help others. He joined the armed forces because he wanted to contribute. He wanted all of us to be safe from all enemies, foreign and domestic, to uphold the Constitution that he swore to support and defend, and he did it with pride and honor. That is his character.

 This man has a phenomenal work ethic. It doesn't matter the job or task, big or small. He does it with pride. That is his character.

 Your Honor, he is always helping others. Veterans are his passion. There isn't a memorial ride or fund raiser that he isn't involved in with his local chapter. He is funny, caring, polite, and very well liked and admired by his friends and loved by his family. He is known.

 Frank, seven years older than I am, but he is my brother. He still makes every effort to travel eight hours from his home to ours, just to be with family. The last time he was at our home was to enjoy our town's 4-day festival. We got to see some pretty spectacular fireworks on the last night of the event, and from our own backyard. I take the opportunity to have fun with the family amily. This year, I wanted everyone to paint rocks. I don't care if they are good (we're not hanging them in a museum), I just want memories. Frank found a rock that inspired him to paint it like a Ninja Turtle.

 Frank is not perfect. We are all far from that. But, he has a past that could've included a few more better decisions, this is his present that he is all too aware of, and he has a future that is all too uncertain.

 Your Honor, I am asking you to please, please do not make him suffer any more indignities and emotional trauma from his infractions. His community needs him, his family needs him.

With hope,

Constance Conza