**Subject:** Letter to Confirm the Valor and Dedication of Francis G. Biondo

Your Honor, I address this letter with all feelings and compassion of a father who has watched his son achieve the accomplishments that many have not known, or ever could have found possible. The reason I say that is because of what he had to do to get where he is at right now.  He has no expectations of going into high levels of government, or politics of any sort; but instead has chosen to live the life of one with compassion and regard for others that may be more of need than some through no fault of their own.  This is the kind of person who sees himself wanting to do what he can to make others, regardless of who they are, feel that life is worthwhile even if they do not think so.

Frankie, my son, whom I've always called him, does not have any kind of meanness or deceitfulness in his makeup or character, and never has.  On the contrary, to a fault, he has been known to help out where he can through time and effort.  I can't mention financial, because he has enough to manage for his own needs and those of his own family at times when they call for his assistance, even though they are mature and on their own; but that's it.  He will always be there for them as has been proven in the past.  He has made quite a following of very devoted friends while serving in the U.S. Army and they do recognize his compassion and dedication to everyone whom he has come in contact with.  While serving two terms of duty in the war in Iraq, he served honorably with members of his company and was noted with honor and recognition from his commanding officers both at home and abroad.  The manner in which my son has conducted himself in military as well as civilian life has made me and his family and siblings so proud that we cannot imagine any of us having to verify his contributions in life to you, your honor, in such a way as to think that anyone who knows Frankie as the person that he is, could doubt his character. Further attributions of his goodness of helping others can be seen when he, along with all of his friends in the Combat Military Veterans Club attend the local Veterans' Homes to help them play games and pass the time once a month. The enjoyment and satisfaction are mutual for everyone concerned.

I once again am asking you to look at the person, my son, as the kind of person with a big heart, one with such deep convictions that it makes it unbearable for me to witness such a travesty of justice to be administered upon one who so recognizes the respect for his country as to sacrifice his well-being and to put himself in harm's way and to hold such high respect for our American flag that he is so protective of his own flag at his home for all to all to see. It is his pride and honor that keeps him morally dedicated to his country.  That's what makes this whole proceeding so devastatingly heart-breaking your honor.  This is not the way I would have hoped to spend my 87th birthday. Sorry, but the best I can say to you, your honor, is that if you had a son such as Frankie, you would understand the anguish that we all are feeling now and are hoping and praying to God that you see the light of fairness and compassion that we have tried to explain to you in our own meager way. My son deserves to have the chance to go through life the same way he respects others' lives. That's all he has ever wanted. Thank you, your honor, for letting me have my say.

                                            Respectfully,
                                            Frank J. Biondo, Retired