Dear Sir or Madam,

We met Francis Biondo through our membership in the Combat Veterans Motorcycle Association and our continued mutual interest in helping United States Veterans. We both also have served our great Nation as paratroopers in the storied 82nd Airborne Division, so you can see why we have gravitated towards each other. Serving in the 82nd Airborne Division teaches soldiers discipline, honor, duty, and attention to detail and Mr. Biondo exemplifies these characteristics to a "T".

Mr. Biondo has also helped me and several of our family members and plenty of other veterans with firearm safety, storage, and rules of the law. He is considered a subject matter expert on range safety and the correct way to store, shoot, and clean firearms. My wife and I always try to make sure that Mr. Biondo is going to the range with us because he always is teaching and helping others with smart weapons firing and safety.

We consider Mr. Biondo  a trusted friend and confidant. He listens when others need to talk and only comments in a positive and compassinate manner. Not only with weapons but in life situations. His knowledge on laws, rules, and regulations is just short of amazing. We call on him often with questions and opinions as his opinion and answers are very important to us. We truly hope that this great American Veteran is shown some of the leniency and care that he has shown others on too many to count occasions.

He is very cognizant of the issues before him and the consequences. He has expressed remorse during many conversations and meetings. He is very aware of the Freedom of Speech and the Freedom to Assemble as we defended these rights during our military service of all Americans.

Thank you sir for allowing me to comment on this great American's life as an All-American paratrooper, veteran, and overall great person and trusted friend.

Joseph Lockerby (SGT ret.)                    17 August 2024