Your Honor,

My name is Michael Miller, I am writing this email on behalf of Francis Biondo.

I have known Frank for over 30 years now, he is my best friend,He was my best man at my wedding, Frank is somebody I would trust with my daughters lives as well as my own. He has always been there for me. He is one of the most compassionate men I have ever met. Whether I was going through the loss of my brother and sister or dealing with the loss of my mother and father, or going through my divorce, Frank always took my problems and made them his problems as well just so I did not have to go through them alone. I had worked with Frank for many years, he was always willing to help you out. As our lives moved on we always took time out to call one another. I remember the day he went into the Army, I was devastated that I lost my best friend but Frank was so happy to be serving his country and my sadness turned to admiration. Since he has been out of Army he is constantly helping out and spending time with our veterans wounded or not, I know he spends a lot of time at the local shooting ranges with his fellow veterans offering up advice or his rifles never once complaining about using all his ammunition and I point this out because Frank isn't rich with money but he is forever rich with his kindness and generosity. Frank is always on the run seldom ever home he is always going to and often participating in events and fundraisers.  With a tear in my eyes while writing this I know you may never get a chance to know Francis Biondo like I do. Please take these words into consideration he is a great MAN, Father, son and a proud Veteran.

Sincerely Michael J Miller