**From:** Robert Snell [redacted]@gmail.com
**Sent:** Sunday, August 18, 2024 1:10 PM
**Subject:** Frank Biondo

To the Honorable Court- Francis "Frank" Biondo is my brother-in-law. I have only known him for four years, but with both my professional experience, and life experience I am confident in my ability to evaluate people. Frank is an honest man, with admirable morals and an outstanding work ethic. His love for our country is unsurpassed. Frank is a US Army veteran who served in the Gulf. He is an officer in a veteran's organization and routinely organizes and participates in charity events to benefit his brother and sister veterans as well as promote veteran awareness. Frank is very family oriented. In an age when families tend to drift apart, he is in contact with all of his family, parents, siblings and children, on a nearly weekly basis. I truly see Frank as my brother, not just my brother-in-law, and without reservation I would entrust him with my life. I hope you will see that Frank is a good man, who got caught up in an unfortunate circumstance.

Sincerely,
Robert J. Snell, MSgt (ret) USAF